**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 110111

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 26 2016 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

| | |
|---|---|
| STEPHANIE TESORIERO,<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Docket No: 2:16-cv-02185-ADS-SIL<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff STEPHANIE TESORIERO by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3.  We respectfully request the Court provide that the parties may seek to reopen the matter

for forty-five (45) days to assure that the Agreement is executed and that the settlement

funds have cleared.

DATED: August 25, 2016

**BARSHAY SANDERS, PLLC**

By: /s David M. Barshay
David M. Barshay, Esquire
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
ConsumerRights@BarshaySanders.com
Attorneys for Plaintiff
Our File No.: 110111

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

Case closed subject to the terms of the settlement agreement. The Clerk of the Court is directed to terminate docket entry #7 without prejudice. So ordered.

s/Arthur D. Spatt

Arthur D. Spatt, USDJ

8/26/16

2